<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 11-2308**

—————————

ELLA L. GRAY,

                Plaintiff - Appellant,

      v.

WAL-MART STORES, INCORPORATED,

                Defendant - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  W. Earl Britt, Senior District Judge.  (7:10-cv-00171-BR)

—————————

Submitted:  May 24, 2012          Decided:  May 30, 2012

—————————

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Ella L. Gray, Appellant Pro Se.  Julie Kerr Adams, Angela Byrd Cummings, LITTLER MENDELSON, PC, Charlotte, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ella Gray seeks to appeal the district court's order dismissing her employment discrimination action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket September 19, 2011. The notice of appeal was filed on November 23, 2011. Because Gray failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We deny her motion and supplemental motion for change of venue, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED